UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-24253-CIV-ALTONAGA/TORRES

EDDIE SIERRA,

     Plaintiff,

                               v.

BMW OF NORTH AMERICA, LLC

     Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Defendant BMW of North America, LLC and Plaintiff Eddie Sierra, through their undersigned counsel, hereby stipulate that this case be dismissed with prejudice as to all parties and claims in this case, with each party to bear its own costs, thereby concluding this matter in its entirety.

Respectfully submitted,

Date: February 19, 2021

| | |
|---|---|
| MESA LITIGATION & LEGAL CONSULTING, P.A. | BIEDERMANN HOENIG SEMPREVIVO, P.A. |
| 4960 SW 72 Avenue, Suite 206 | 601 Brickell Key Drive, Suite 700 |
| Miami, Florida 33155 | Miami, Florida 33131 |
| Telephone: 305-569-3005 | Telephone: (646) 218-7541 Ext 541 |
| cmesa@mesafloridalawyer.com | Suzanne.valles@lawbhs.com |
| | |
| /s/ Carlos A. Mesa | /s/ Suzanne M. Valles |
| Carlos A. Mesa, Esq. | Suzanne M. Valles |
| Florida Bar No. 0067784 | Florida Bar Number: 124546 |
| | |
| Dated: February 19, 2021 | Dated: February 19, 2021 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on February 19, 2021 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

/s/ *Suzanne M. Valles*
Suzanne M. Valles
Florida Bar Number: 124546

## SERVICE LIST

Carlos A. Mesa, Esq.
MESA LITIGATION & LEGAL CONSULTING, P.A.
4960 SW 72 Avenue, Suite 206
Miami, Florida 33155
Telephone: 305-569-3005
cmesa@mesafloridalawyer.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-24253-CIV-ALTONAGA/TORRES

EDDIE SIERRA,

     Plaintiff,

                        v.

BMW OF NORTH AMERICA, LLC

     Defendant.

_____/

**ORDER**

Upon consideration of Defendant BMW of North America, LLC's and Plaintiff Eddie

Sierra's Joint Stipulation of Dismissal, it is, by the Court, this ___ day of _____ 2021 hereby

**ORDERED,** that Defendant BMW of North America, LLC's and Plaintiff Eddie

Sierra's Joint Stipulation of Dismissal be and is **GRANTED**; and it is further

**ORDERED,** that the case is dismissed with prejudice as to all parties and claims, with

each party to bear its own costs.

_____
UNITED STATES DISTRICT JUDGE